DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERCELY WAYNE COLEMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-782

[November 9, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 90-5417 CF10A.

Benedict P. Kuehne, Michael T. Davis and Susan Dmitrovsky of Kuehne Davis Law, P.A., Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and CONNER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***